# Court of Appeals, State of Michigan

## ORDER

In re Forfeiture of Bail Bond (People of Stanford)

Docket No.    328784

LC No.        14-020293-FH

Amy Ronayne Krause
Presiding Judge

Peter D. O'Connell

Elizabeth L. Gleicher
Judges

On the Court's own motion, the Court orders that the November 22, 2016 opinion is hereby VACATED, and a new opinion is attached.

A true copy entered and certified by Jerome W. Zimmer Jr., Chief Clerk, on

DEC 15 2016
Date

Chief Clerk